B 210A (Form 210A) (12/09)                                                     187

# United States Bankruptcy Court

__Eastern__ District Of __Wisconsin__

In re __MICHELE DERZAY__,                    Case No. __13-21773__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **JEFFERSON CAPITAL SYSTEMS, LLC** | **AUTOMAX FINANCIAL LLC DBA CNAC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**JEFFERSON CAPITAL SYSTEMS, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617**

Phone: __800-928-7314__
Last Four Digits of Acct #: __4878__

Name and Address where notices to transferor should be sent:
**AUTOMAX FINANCIAL LLC DBA CNAC
250 N SUNNY SLOPE RD #350
BROOKFIELD, WI 53005**

Phone: __-- EXT:__
Last Four Digits of Acct #: __4878__

Name and Address where transferee payments should be sent (if different from above):
**JEFFERSON CAPITAL SYSTEMS, LLC
PO BOX 953185
ST LOUIIS, MO 63195-3185**
Phone: __800-928-7314__
Last Four Digits of Acct #: __4878__

Court Claim # (if known): __3__
Amount of Claim: __$9779.70__
Date Claim Filed: __2/25/2013__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Johnathan Kirby (Director of Bankruptcy)__   Date: __03/04/2014__
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

Automax Financial, LLC, ("Transferor") has sold and assigned certain claims to JEFFERSON CAPITAL SYSTEMS, LLC ("Transferee"). Transferee is a corporation organized under the laws of the State of Georgia maintaining a place of business at 16 McLeland Road, MN 56303. Said claims arise from automobile loans ("Accounts") issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code.

Proof of Claims with respect to the Accounts may have been filed under any of the following names:

CNAC
CNAC/WI101
AUTOMAX FINANCIAL LLC DBA CNAC

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim filed by the Transferee pursuant to Federal Rule of Bankruptcy Proceedings 3001 (e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this waiver under its corporate seal by and through its duly authorized officer this 14th of February, 2014.

[SELLER], Transferor

By: _____
Title: Phil Harrington, RVP & CFO

Attest: _____
Title: Notary Public, State of Wisconsin